UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------x

KENNETH FRANCISCO,

               Plaintiff,

   - against -

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

----------------------------------------------x

13cv1486 (TPG) (DF)

**OPINION & ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/11/2015

      On August 12, 2015, Magistrate Judge Freeman issued a Report and Recommendation recommending that defendant's motion for judgment on the pleadings be granted, and that the complaint be dismissed. Objections to that Report and Recommendation were due 14 days after each party was served with a copy of the Report and Recommendation. Having received no objections and finding Judge Freeman's decision to be correct and appropriate, the court hereby adopts the Report and Recommendation. The Clerk of Court is directed to grant defendant's motion for judgment on the pleadings, and to close the case.

SO ORDERED.

Dated:   New York, New York
           September 11, 2015

                                                THOMAS P. GRIESA
                                                U.S. District Judge